IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HAWKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 11-1217 |
| ) | Judge Nora Barry Fischer/ |
| TABB BICKEL; and THE ATTORNEY ) | Magistrate Judge Maureen P. Kelly |
| GENERAL OF THE STATE OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

AND NOW, this 2nd day of July, 2013, after the Petitioner, Robert Hawkins, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge (Docket No. 17) granting the parties until July 1, 2013, to file written objections thereto, and upon consideration of the objections filed by the petitioner (Docket No. 18) and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Court finds the objections without merit, the petition for writ of habeas corpus filed by the petitioner (Docket No. 7) is dismissed and because reasonable jurist could not conclude that a basis for appeal exists, a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in

Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                                          s/Nora Barry Fischer
                                          United States District Judge

cc:       Honorable Maureen P. Kelly
          United States Magistrate Judge

          ROBERT HAWKINS
          GU-9603
          SCI Huntingdon
          1100 Pike Street
          Huntingdon, PA 16654-1112

          All Counsel of Record by electronic filing