IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ROBERT HAWKINS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Civil Action No. 11-1217 |
| | ) | Judge Nora Barry Fischer/ |
| TABB BICKEL; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) | Magistrate Judge Maureen P. Kelly |
| Respondents. | ) | |

## **O R D E R**

AND NOW, this 2nd day of July, 2013, after the Petitioner, Robert Hawkins, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge (Docket No. 17) granting the parties until July 1, 2013, to file written objections thereto, and upon consideration of the objections filed by the petitioner (Docket No. 18) and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Court finds the objections without merit, the petition for writ of habeas corpus filed by the petitioner (Docket No. 7) is dismissed and because reasonable jurist could not conclude that a basis for appeal exists, a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in

Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

s/Nora Barry Fischer
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

ROBERT HAWKINS
GU-9603
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

All Counsel of Record by electronic filing